JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ZAVALA, | Case No. CV 22-1180 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UR JADDOU, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 17th day of January, 2023.

/s/
Fernando M. Olguin
United States District Judge